UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRYAN DAVIS,  1:07-cv-00281-LJO-DLB-P

        Plaintiff,  **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)

vs.

         **ORDER DISMISSING ACTION**

TALISMAN,

        Defendant.
_____/

    Plaintiff, Bryan Davis ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 10, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On January 30, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 10, 2008, are ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, based on plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by exhausting his claims prior to filing suit.

IT IS SO ORDERED.

**Dated:   February 28, 2008**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE